UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA L. ARBIZU,<br><br>            Plaintiff,<br><br>     v.<br><br>HOME DEPOT and DOES 1 to 50,<br><br>            Defendants. | Case No.  2:13-cv-00241-JAM-AC<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)** |

The Court having read and considered the stipulation to dismiss pursuant to FRCP 41(a), and with good cause appearing, this action is dismissed with prejudice.

DATED:  September 13, 2013            /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

15729876.1